

# Fourth Court of Appeals
## San Antonio, Texas

April 8, 2016

No. 04-16-00090-CR

Jose Flores **FRANCO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 112th Judicial District Court, Sutton County, Texas
Trial Court No. 2355
Honorable Pedro Gomez, Judge Presiding

## O R D E R

Court reporter Tammy C. Watkins has filed a notification of late reporter's record, requesting additional time to complete the reporter's record. We grant her request and ORDER her to file the reporter's record on or before May 6, 2016. NO FURTHER EXTENSIONS WILL BE GRANTED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of April, 2016.

_____
Keith E. Hottle
Clerk of Court